AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>See Penalty Sheet Attachment<br><br>E-filing<br><br>☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony<br><br>PENALTY:<br><br>See Penalty Sheet Attachment | **DEFENDANT - U.S.**<br>▶ DAVID NIEVES<br><br>DISTRICT COURT NUMBER<br><br>0587 WHA |

**DEFENDANT**

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Michael Major, Special Agent, Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
99-0061-CRB

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   S. Waqar Hasib

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
GLENN DYER NORTH COUNTY JAIL

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed

DATE OF ARREST ▶ 7/8/2008

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## DAVID NIEVES

**Count 1**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii) - Distribution and Possession with intent to distribute five hundred (500) grams or more of cocaine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 8 years supervised release; $100 special assessment

Case 3:08-cr-00587-CRB   Document 1   Filed 09/02/2008   Page 2 of 4

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6       E-filing
7
8
9             UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) No.                                    WHA
14 |            Plaintiff,               ) INFORMATION
15 |     v.                              ) 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii) –
                                         ) Possession with Intent to Distribute
16 | DAVID NIEVES                        ) Cocaine;
17 |            Defendant.               ) SAN FRANCISCO VENUE
18 |_____)

19
20                    I N F O R M A T I O N
21
22  The United States Attorney charges that:
23       On or about May 27, 2008, in the Northern District of California, the defendant,
24                              DAVID NIEVES,
25  did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture
26  and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers,
27  and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States
28

SUPERSEDING INFORMATION

Code, Sections 841(a)(1) and (b)(1)(B)(ii).

DATED: 9-2-08

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____ )
S. WAQAR HASIB
Assistant United States Attorney

SUPERSEDING INFORMATION                    -2-