O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
DAVID NIEVES

## WAIVER OF INDICTMENT

CASE NUMBER: 08-0587-CRB

I, David NIEVES , the above named defendant, who is accused of possessing with intent to distribute more than 500 grams of a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(B)(ii)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/3/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

Defendant

Counsel for Defendant

Before
Judicial Officer