**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NIEVES, | No. C 09-02677 CRB, CR 08-0587 |
| Plaintiff, | **ORDER** |
| v. | |
| USA, | |
| Defendant. / | |

The Court is in receipt of a motion by Plaintiff David Nieves, filed August 24, 2009, to stay proceedings in his 28 U.S.C. § 2255 case. No opposition has yet been filed by the government. The Court hereby directs the government to respond to Plaintiff's motion within fourteen (14) days of this Order; should the government fail to respond, the Court will deem Plaintiff's motion for a stay unopposed.

**IT IS SO ORDERED.**

Dated: September 1, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2677\order re stay.wpd