IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NIEVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.　　　　　　　　／ | No. CV 09-02677 CRB, CR 08-0587<br><br>**ORDER** |

　　　Now pending before the Court is a motion by Plaintiff David Nieves, filed August 24, 2009, to stay proceedings in his 28 U.S.C. § 2255 case. The Court has received a response from the government stating that it does not oppose Plaintiff's motion. Therefore, Plaintiff's motion is GRANTED and his case is stayed until Plaintiff files a change of address form with this Court.

　　　**IT IS SO ORDERED.**

Dated: September 16, 2009

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2677\order re stay 2.wpd