IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NIEVES,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 09-02677 CRB, CR 08-0587<br><br>**ORDER LIFTING STAY; ORDER TO SHOW CAUSE** |

On September 16, 2009, this Court stayed the proceedings in Petitioner David Nieves's 28 U.S.C. § 2255 case while Petitioner transitioned to a new prison facility. As Plaintiff is now presumably settled in his new facility, the Court hereby LIFTS the stay.

Further, the Court has reviewed Petitioner's Memorandum of Law in Support of his 2255 Motion, and, good cause appearing therefor, ORDERS the Government to file an Opposition to Petitioner's Motion within sixty (60) days of this Order. Petitioner may than file his response, if desired, within ninety (90) days of this Order.

**IT IS SO ORDERED.**

Dated: October 20, 2010

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2677\order lifting stay and osc.wpd