IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Respondent, <br><br> v. <br><br> DAVID NIEVES, <br><br> Defendant-Petitioner. <br> _____/ | No.   CR 08-00587 CRB <br><br> **ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |

Petitioner David Nieves moves the Court for a reduction of his sentence, pursuant to 18 U.S.C. § 3582(c)(2). See Mot. (dkt. 78). This Court is without jurisdiction to grant such relief. See United States v. Pleasant, 704 F.3d 808 (9th Cir. 2013). Accordingly, the Motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 6, 2015

CHARLES R. BREYER  
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\587\order sentence reduction.wpd